**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:** | Case No. 92-27045 CMC |
| **EDWARDS, M. FARID** | |
| **MARGARET EDWARDS** | Chapter 7 |
| | Judge CHARLES M. CALDWELL |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6,185.47 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Associates Investment Corp.<br>257 E. 200 S.<br>Salt Lake City, UT  84110 | #9 | $2,267.09 |
| First Card-FCC National Bank<br>P.O. Box 590<br>Uniondale, NY  11553 | #12 | $509.58 |
| First Card-FCC National Bank<br>P.O. Box 590<br>Uniondale, NY  11553 | #13 | $866.92 |
| Mohammad E. Islam<br>7940 Pocket Rd., Apt. #2<br>Sacramento, CA  95831-5702 | #15 | $2,541.88 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $0.00 | $6,185.47 |

Dated: 6/7/11 /s/ Frederick L. Ransier
Case Trustee

cc:  U.S. Trustee